# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    V.

DERRICK JONES

        MJ 04-8

    Defendant

## APPOINTMENT OF FEDERAL DEFENDER

### CHARLES McGINTY

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of **AUGUST 6, 2004** to represent said defendant in this cause until further order of the Court.

        TONY ANASTAS
        CLERK OF COURT

        By:   /s/ Maria Simeone
              Courtroom Deputy
              The Honorable Lawrence P. Cohen

DATE: 8/9/04

(Appt Fed def.wpd - 11/98)                [koapptpd.]