UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Magistrate No.
04-M00008-LPC

UNITED STATES OF AMERICA

v.

DERRICK L. JONES

PROCEDURAL ORDER

August 16, 2004

COHEN, M.J.

A detention hearing was held in this case on August 11, 2004. At the conclusion of the hearing, defendant proffered conditions of release which included the appointment of one Linda Pitters, defendant's aunt, as a third party custodian. The matter was taken under advisement, with the understanding that Ms. Pitters would be interviewed by Pretrial Services *vis a vis* her suitability as a third party custodian.

On the following day. Pretrial Officer David Picozzi advised that Mr. Pitters could not be a third party custodian inasmuch as she resided in Section 8 housing, and the defendant would not be permitted to reside therein. Mr. Picozzi further advised that he understood that counsel for the defendant would submit alternative proposals at a later

time.

    For the time being, this court will hold the question of detention *vel non* in abeyance. Any further submissions by counsel for the defendant shall be made no later than the close of business, August 20, 2004.

_____
UNITED STATES MAGISTRATE JUDGE